# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., and<br>HUAWEI TECHNOLOGIES USA, INC.,<br><br>Defendants. | CIVIL ACTION NO. 1:21-cv-1085<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF VOIP-PAL.COM, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Under Rule 7.1 of the Federal Rules of Civil Procedure, counsel for VoIP-Pal.com, Inc. certifies that VoIP-Pal has no parent corporation and no publicly traded entity owns more than ten percent (10%) of VoIP-Pal's stock.

Dated: November 30, 2021

Respectfully submitted,

By: /s/Lewis E. Hudnell, III
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**