AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>*Plaintiff(s)*<br>v.<br>HUAWEI TECHNOLOGIES CO., LTD.,<br>and<br>HUAWEI TECHNOLOGIES USA, INC.,<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-1085 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HUAWEI TECHNOLOGIES CO., LTD.,
Bantian, Longgang District, Shenzhen 518129
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lewis E. Hudnell, III
Hudnell Law Group P.C.
800 W. El Camino Real, Suite 180
Mountain View, California 94040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   11/30/2021                                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| VOIP-PAL.COM, INC. *Plaintiff(s)* v. HUAWEI TECHNOLOGIES CO., LTD., and HUAWEI TECHNOLOGIES USA, INC., *Defendant(s)* | Civil Action No. 1:21-cv-1085 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HUAWEI TECHNOLOGIES USA, INC.,
1999 Bryan Street, Suite 900,
Dallas, Texas  75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lewis E. Hudnell, III
Hudnell Law Group P.C.
800 W. El Camino Real, Suite 180
Mountain View, California 94040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/30/2021

*Signature of Clerk or Deputy Clerk*