# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**VOIP−PAL.COM, INC.,**
*Plaintiff*

V.        Civil Action No. **6:21−CV−01247**

**HUAWEI TECHNOLOGIES CO., LTD, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:    **Huawei Technologies USA Inc.**
**1999 Bryan Street, Suite 900,**
**Dallas, Texas 75201−3136**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Lewis E. Hudnell III**
> **Hudnell Law Group P.C.**
> **800 W. El Camino Real, Suite 180**
> **Mountain View, CA 94040**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK



**ISSUED ON 2021−12−01 12:37:28**

Civil Action No. 6:21–CV–01247

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

    This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)* _____
_____on *(date)* _____; or

☐   I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify): _____
      _____
      _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                      _____
                                                                                     *Server's signature*

                                                                                       _____
                                                                                         *Printed name and title*

                                                                                        _____
                                                                                             *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____