**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., and<br>HUAWEI TECHNOLOGIES USA, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-1247-ADA |

**NOTICE OF APPEARANCE OF NICOLAS S. GIKKAS FOR VOIP-PAL.COM, INC.**

Please take notice that attorney Nicolas S. Gikkas of the Hudnell Law Group P.C. is appearing as counsel representing Plaintiff in the above-captioned matter.  Plaintiff requests that all notices, including electronic ("ECF") notices, given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon counsel at the address below.

Dated: December 7, 2021

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/Nicolas S. Gikkas*
　　　　　　　　　　　　　　　　　　Nicolas S. Gikkas
　　　　　　　　　　　　　　　　　　Hudnell Law Group P.C.
　　　　　　　　　　　　　　　　　　800 W. El Camino Real Suite 180
　　　　　　　　　　　　　　　　　　Mountain View, California 94040
　　　　　　　　　　　　　　　　　　T: 650.564.3698
　　　　　　　　　　　　　　　　　　F: 347.772.3034
　　　　　　　　　　　　　　　　　　nick@hudnelllaw.com

　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR PLAINTIFF**
　　　　　　　　　　　　　　　　　　**VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF APPEARANCE via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 7th day of December, 2021.

By: */s/Nicolas S. Gikkas*
Nicolas S. Gikkas