**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| VOIP-PAL.COM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 6:21-CV-1247-ADA |
| | § | |
| HUAWEI TECHNOLOGIES CO. LTD. and | § | |
| HUAWEI TECHNOLOGIES USA, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

**NOTICE OF UNOPPOSED REQUEST TO EXTEND ANSWER DEADLINE**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated August 11, 2021, Defendant Huawei Technologies USA, Inc. ("Huawei USA") respectfully submits this notice of its unopposed request for a 30-day extension of its deadline to answer or otherwise respond to Plaintiff VoIP-Pal.com, Inc.'s Complaint (Dkt. 1). Huawei USA's original deadline to answer or otherwise respond to the Complaint is December 30, 2021, making Huawei USA's new deadline January 31, 2022.

Dated: December 30, 2021

Respectfully submitted,

/s/ Jason W. Cook
Jason W. Cook
Texas State Bar No. 24028537
Matthew W. Cornelia
Texas State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on December 30, 2021.

*/s/ Jason W. Cook*
Jason W. Cook

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Plaintiff via e-mail regarding the relief requested herein, and counsel for Plaintiff indicated that it is unopposed.

*/s/ Jason W. Cook*
Jason W. Cook