**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| VOIP-PAL.COM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION No. 6:21-CV-1247-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| HUAWEI TECHNOLOGIES USA, INC., | § | |
| HUAWEI DEVICE CO., LTD. (F/K/A | § | |
| HUAWEI DEVICE (DONGGUAN) CO.), | § | |
| HUAWEI DEVICE (SHENZHEN) CO., LTD., | § | |
| and HUAWEI DEVICE USA, INC. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF AGREEMENT TO EXTEND DEFENDANTS' DEADLINE**
**TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT**

Plaintiff VoIP-Pal.com, Inc. filed a First Amended Complaint on January 11, 2022 (Dkt. 10), in which Plaintiff named as defendants five Huawei entities. Three of the defendants—Huawei Technologies Co. Ltd., Huawei Device Co., Ltd., and Huawei Device (Shenzhen) Co., Ltd. (collectively, the "Foreign Defendants")—are based in China. Pursuant to Federal Rule of Civil Procedure 4, the Foreign Defendants each executed a Waiver of the Service of Summons, making their deadline to answer or otherwise respond to the First Amended Complaint April 11, 2022. In exchange for the execution of the Waivers of the Service of Summons, Plaintiff agreed to extend the deadline to answer or otherwise respond to the First Amended Complaint for remaining U.S.-based defendants, Huawei Technologies USA, Inc. and Huawei Device USA, Inc., to April 11, 2022, such that each defendants' deadline to answer or otherwise respond to the First Amended Complaint will fall on the same day.

As such, pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, the Defendants respectfully notify the Court of the parties' agreement that the deadline to answer or otherwise respond to the First Amended Complaint for all Defendants is April 11, 2022.

Dated: January 21, 2022                                          Respectfully submitted,

*/s/ Jason W. Cook*
Jason W. Cook
Texas State Bar No. 24028537
Matthew W. Cornelia
Texas State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com

*Counsel for Defendants*
*Huawei Technologies Co. Ltd.,*
*Huawei Technologies USA, Inc.,*
*Huawei Device Co., Ltd. (f/k/a Huawei*
*Device (Dongguan) Co.),*
*Huawei Device (Shenzhen) Co., Ltd.,*
*and Huawei Device USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on January 21, 2022.

*/s/ Jason W. Cook*
Jason W. Cook

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Plaintiff via e-mail regarding the relief requested herein, and counsel for Plaintiff indicated that it is unopposed.

*/s/ Jason W. Cook*
Jason W. Cook