IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>   Plaintiff,<br><br> v.<br><br>HUAWEI TECHNOLOGIES CO. LTD., et al.,<br><br>   Defendants. | CIVIL ACTION NO. 6:21-cv-1247-ADA |

## CASE READINESS STATUS REPORT

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendants Huawei Technologies Co., Ltd. ("HTCL"), Huawei Technologies USA Inc. ("HTUS"), Huawei Device Co., Ltd. ("Huawei Device"), Huawei Device (Shenzhen) Co., Ltd. ("Huawei Device Shenzhen"), and Huawei Device USA Inc. ("HDUS") (collectively, "Huawei" or "Defendants") provide the following status report in advance of the initial Case Management Conference (CMC).

## SCHEDULE

A scheduling order has not yet been filed.

## FILING AND EXTENSIONS

VoIP-Pal's Original Complaint was filed on November 30, 2021. VoIP-Pal's First Amended Complaint was filed on January 11, 2022. In exchange for the foreign defendants' agreement to execute waivers of service, Plaintiff VoIP-Pal agreed to extend the U.S.-based defendants' answer deadline by seventy-six (76) days to coincide with that of the foreign defendants: April 11, 2022. *See* Dkt. No. 14.

## RESPONSE TO THE COMPLAINT

On April 11, 2022, Huawei responded to VoIP-Pal's First Amended Complaint by filing an Answer. Dkt. No. 15. Huawei has not asserted any counterclaims.

## PENDING MOTIONS

There are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following CRSR related cases are pending in this Judicial District:

- *VoIP-Pal.com, Inc. v. Samsung Electronics Co., Ltd. et al*, No. 21-cv-1246-ADA

The following cases concerning the same patents-in-suit are pending in this Judicial District:

- *VoIP-Pal.com, Inc. v. Facebook, Inc. et al*, No. 21-cv-665-ADA
- *VoIP-Pal.com, Inc. v. Google, LLC*, No. 21-cv-667-ADA
- *VoIP-Pal.com, Inc. v. Amazon.com, Inc. et al.*, No. 21-cv-668-ADA
- *VoIP-Pal.com, Inc. v. Verizon Communications, Inc. et al.*, No. 21-cv-672-ADA
- *VoIP-Pal.com, Inc. v. T-Mobile USA, Inc. et al.*, No. 21-cv-674-ADA

## IPR, CBM, AND OTHER PGR FILINGS

There are no known *inter partes* review (IPR), covered business method review (CBM), or other post grant review (PGR) filings concerning the patents-in-suit at this time.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

In its First Amended Complaint, VoIP-Pal asserts two (2) patents and a total of three (3) patent claims. VoIP-Pal reserves the right to assert additional or different patent claims in its Preliminary Infringement Contentions.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties do not believe a technical advisor will be necessary for this case.

## MEET AND CONFER STATUS

Counsel for VoIP-Pal and Huawei met and conferred.  The Parties have no pre-*Markman* issues to raise at the CMC.

Dated:  April 18, 2022                                       Respectfully submitted,

| | |
|---|---|
| */s/ Lewis E. Hudnell, III* | */s/ Jason W. Cook (with permission)* |
| Lewis E. Hudnell, III | Jason W. Cook |
| lewis@hudnelllaw.com | Texas State Bar No. 24028537 |
| Nicolas S. Gikkas | Matthew W. Cornelia |
| nick@gikkaslaw.com | Texas State Bar No. 24097534 |
| Hudnell Law Group P.C. | MCGUIREWOODS LLP |
| 800 W. El Camino Real Suite 180 | 2000 McKinney Avenue, Suite 1400 |
| Mountain View, California 94040 | Dallas, Texas 75201 |
| T: 650.564.3698 | Tel: (214) 932-6400 |
| | Fax: (214) 932-6499 |
| **ATTORNEYS FOR PLAINTIFF** | jcook@mcguirewoods.com |
| **VOIP-PAL.COM, INC.** | mcornelia@mcguirewoods.com |
| | |
| | **ATTORNEYS FOR DEFENDANTS HUAWEI TECHNOLOGIES CO., LTD., HUAWEI TECHNOLOGIES USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE (SHENZHEN) CO., LTD., AND HUAWEI DEVICE USA, INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing CASE READINESS STATUS REPORT via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 18th day of April, 2022.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034