IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 6:21-CV-1247-ADA |
| HUAWEI TECHNOLOGIES CO. LTD., *et al.*, | § § § | |
| Defendants. | § § § § § | |

## NOTICE OF APPEARANCE

Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co., Ltd., Huawei Device (Shenzhen) Co., Ltd., and Huawei Device USA, Inc. ("Defendants") hereby file this Notice of Appearance and informs the Court that the following attorney has entered this action as counsel for Defendants:

Kuan-Chieh Tu
Texas Bar No. 24090443
MCGUIREWOODS LLP
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: (415) 490-0918
Facsimile: (415) 844-1928
gtu@mcguirewoods.com

In connection with this Notice, Ms. Tu requests that her appearance for Defendants be reflected on the Court's docket and that all future pleadings, Orders, and other papers be served on her.

Dated: May 10, 2022

Respectfully submitted,

*/s/ Kuan-Chieh Tu*
Jason W. Cook
Texas State Bar No. 24028537
Matthew W. Cornelia
Texas State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com

Kuan-Chieh Tu
TX State Bar No. 24090443
**MCGUIREWOODS LLP**
2 Embarcadero Center, Suite 1300
San Francisco, CA 94111
Tel: (415) 490-0918
Fax: (415) 844-1928
gtu@mcguirewoods.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co., Ltd., Huawei Device (Shenzhen) Co., Ltd., and Huawei Device USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed on May 10, 2022, using the Court's CM/ECF system, which will send notice of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Kuan-Chieh Tu*
Kuan-Chieh Tu