## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 6:21-CV-1247-ADA |
| | § | |
| HUAWEI TECHNOLOGIES CO. LTD., | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |

## DEFENDANTS' UNOPPOSED MOTION
## <u>FOR WITHDRAWAL OF COUNSEL</u>

Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co., Ltd., Huawei Device (Shenzhen) Co., Ltd., and Huawei Device USA, Inc. ("Defendants") hereby request that Kuan-Chieh Tu be permitted to withdraw as counsel of record for Defendants in this matter. Ms. Tu will be leaving her position with McGuireWoods on July 6, 2022. Defendants continue to be represented by the undersigned counsel at the law firm McGuireWoods LLP in this matter. Consequently, the withdrawal of Kuan-Chieh Tu will not delay this proceeding, and no prejudice will result to any party.

Dated: July 1, 2022

Respectfully submitted,

/s/ _____
Jason W. Cook
Texas State Bar No. 24028537
Matthew W. Cornelia
Texas State Bar No. 24097534
**McGuireWoods LLP**
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201

Tel: (214) 932-6400
Fax: (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com

*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co., Ltd., Huawei Device (Shenzhen) Co., Ltd., and Huawei Device USA, Inc.*

**CERTIFICATE OF CONFERENCE**

I certify that, pursuant to Local Rule CV-7, counsel for VOIP-PAL.COM, INC. and Defendants have complied with the meet and confer requirement in Local Rule CV-7(G), and that the motion is unopposed.


/s/
Jason Cook

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed on

July 1, 2022, using the Court's CM/ECF system, which will send notification of such filing to all

counsel of record who are deemed to have consented to electronic service

/s/_____
Jason Cook