# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § § | |
| vs. | § § | NO: WA:21-CV-01247-ADA |
| HUAWEI TECHNOLOGIES CO., LTD, HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE CO., LTD., HUAWEI DEVICE (SHENZHEN) CO., LTD., HUAWEI DEVICE USA, INC. *Defendant* | § § | |

# ORDER CANCELLING MARKMAN HEARING VIA ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MARKMAN HEARING VIA ZOOM, on October 11, 2022 at 09:00 AM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **14th day of September, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE